UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA : INFORMATION

    - v. - : 07 Cr.

TARQUIN McCLUSKY, :

        Defendant. :

- - - - - - - - - - - - - - - - x

*Duplicate Original*

**07 CRIM 678**

*Brieant, J*

### COUNT ONE

The United States Attorney charges:

1. From at least on or about September 22, 2006 to on or about December 9, 2006, in the Southern District of New York and elsewhere, TARQUIN McCLUSKY, a/k/a "tony johnson," a/k/a "cock_longvids@yahoo.com," a/k/a "baby34c2000@gmail.com," the defendant, unlawfully, willfully, and knowingly did receive and distribute materials that contained child pornography and that had been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer, to wit, computer files containing images of child pornography.

(Title 18, United States Code, Section 2252A(a)(2)(B).)

### COUNT TWO

*United States Attorney*    *NBH 11/28/07*  *MFB 11/28/07*

The ~~Grand Jury~~ further charges:

2. From at least on or about September 22, 2006 to on or about December 9, 2006, in the Southern District of New York and elsewhere, TARQUIN McCLUSKY, a/k/a "tony johnson," a/k/a "cock_longvids@yahoo.com," a/k/a "baby34c2000@gmail.com," the defendant, unlawfully, willfully, and knowingly did possess any

book, magazine, periodical, film, videotape, computer disk, and any other materials that contained images of child pornography that had been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer, to wit, computer files containing images of child pornography.

(Title 18, United States Code, Section 2252A(a)(5)(B).)

MICHAEL J. GARCIA
United States Attorney