# UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA, :

v. :

TARQUIN McCLUSKY, :

        Defendant. :

07 Cr. 678

Judge Brieant

------------------------------------x

    TARQUIN McCLUSKY, the above-named defendant, who is accused of violating Title 18, United States Code, Section 2252A(a)(2)(B) and Section 2252A(a)(5)(B) NBH MLB 7/25/07 having been advised of the nature of the charges and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                                _____
                                                Defendant.

                                                _____
                                                Counsel for Defendant.

Date:  White Plains, New York
        July 25, 2007