# BURKE, MIELE & GOLDEN, LLP

30 MATTHEWS STREET
SUITE 303A
POST OFFICE BOX 216
GOSHEN, N.Y. 10924
(845) 294-4080
FAX (845) 294-7673

PATRICK T. BURKE
ROBERT M. MIELE *
RICHARD B. GOLDEN
MICHAEL K. BURKE

PHYLLIS A. INGRAM **
DENNIS J. MAHONEY, III
KELLY M. NAUGHTON***
F. MICHELE COOPER
JOSEPH P. MCGLINN (1941-2000)

* ADMITTED IN NEW YORK & NEW JERSEY
** ADMITTED IN NEW YORK & CONNECTICUT
*** ALSO ADMITTED IN MASSACHUSETTS

ROCKLAND COUNTY OFFICE
100 WASHINGTON AVENUE
POST OFFICE BOX 397
SUFFERN, N.Y. 10901
(845) 357-7500
(845) 357-7321 (FAX)

REPLY TO:  ☐ ORANGE CO
           ☐ ROCKLAND CO

September 5, 2007

Respond to Post Office Box



Honorable Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   United States v. Tarquin McClusky
      07 CR 678

Dear Judge Brieant:

Via Facsimile (914) 390-4085

Application granted. Conference now scheduled for
October 9, 2007 at 9:15.
Time is excluded under the Speedy Trial Act through
October 9, 2007.
SO ORDERED Charles L. Brieant  U.S.D.J.
Dated: 9-5-07

Please allow this letter to serve as a request to adjourn the sentencing of Mr. McClusky originally scheduled for Thursday, September 6, 2007 to Thursday, October 4, 2007 at 9:15 a.m. so that plea discussions with the United States Attorney's Office may continue to take place.

Thank you for your consideration in this matter.

Respectfully,

Michael K. Burke

MICHAEL K. BURKE

MKB:la

So Ordered: _____
            HONORABLE CHARLES L. BRIEANT

Cc:   Pretrial Services Officer Scott Kowal (Via Facsimile (914) 390-4035)
      Assistant U.S. Attorney Nola Heller (Via Facsimile (914) 993-1980)