# MEMO ENDORSED

## BURKE, MIELE & GOLDEN, LLP

30 MATTHEWS STREET
SUITE 303A
POST OFFICE BOX 216
GOSHEN, N.Y. 10924
(845) 294-4080
FAX (845) 294-7673

PATRICK T. BURKE
ROBERT M. MIELE *
RICHARD B. GOLDEN
MICHAEL K. BURKE

PHYLLIS A. INGRAM **
DENNIS J. MAHONEY, III
KELLY M. NAUGHTON ***
F. MICHELE COOPER
JOSEPH P. MCGLINN (1941-2009)

* ADMITTED IN NEW YORK & NEW JERSEY
** ADMITTED IN NEW YORK & CONNECTICUT
*** ALSO ADMITTED IN MASSACHUSETTS

ROCKLAND COUNTY OFFICE:
100 WASHINGTON AVENUE
POST OFFICE BOX 357
SUFFERN, N.Y. 10901
(845) 357-7500
(845) 357-7321 (FAX)

REPLY TO: ☐ ORANGE CO.
          ☐ ROCKLAND CO.

Respond to Post Office Box

September 5, 2007

Honorable Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**Via Facsimile (914) 390-4085 and mail**

Re: United States v. Tarquin McClusky
    07 CR 678

Dear Judge Brieant:

    I am writing to request a modification in bail conditions on behalf of our client, Tarquin McClusky, to permit Mr. McClusky to take his mother to visit his sister, who has been diagnosed with cancer, in the Wappingers Falls area on Thursdays and Sundays from 5:00 p.m. to 9:00 p.m. I have spoken with Pretrial Officer Scott Kowal and Assistant United States Attorney Nola Heller who have no objections to this requested bail modification.

    Thank you for your consideration in this matter.

Respectfully,

*[signature]*
MICHAEL K. BURKE

MKB:la

*Application Granted*

So Ordered: *Clarence Brieant*
HONORABLE CHARLES L. BRIEANT
USDJ

cc: Pretrial Services Officer Scott Kowal (Via Facsimile (914) 390-4035 and mail)
Assistant U.S. Attorney Nola Heller (Via Facsimile (914) 993-1980 and mail)