

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

October 2, 2007

**BY HAND**

The Honorable Charles L. Brieant
United States District Judge
United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

*Application granted. Conference now scheduled for Oct. 22, 2007 at 9:15. Time is excluded under the Speedy Trial Act through Oct. 22, 2007. /s/ Brieant U.S.D.J.*
SO ORDERED:
Dated: 10/2/07

Re:   *United States v. Tarquin McClusky*, No. 07 Cr. 678 (CLB)

Dear Judge Brieant:

    As discussed with Your Honor's Deputy Clerk, the next conference in the above-captioned case has been rescheduled from Tuesday, October 9, 2007 at 9:00 am until Monday, October 22, 2007 at 9:15 am. The parties also respectfully request that time be excluded under the Speedy Trial Act from October 9, 2007 through October 22, 2007, to provide the parties with an opportunity to resolve this matter without the need for trial.

    Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: /s/ Nola B. Heller
Nola B. Heller
Assistant United States Attorney
914-993-1939

cc:   Michael Burke, Esq.