**MEMO ENDORSED**

## BURKE, MIELE & GOLDEN, LLP

100 WASHINGTON AVENUE
POST OFFICE BOX 397
SUFFERN, N.Y. 10901
(845) 357-7500

FAX (845) 357-7321

PATRICK T. BURKE
ROBERT M. MIELE *
RICHARD B. GOLDEN
MICHAEL K. BURKE

DENNIS J. MAHONEY, III
KELLY M. NAUGHTON**

JOSEPH P. MCGLINN (1941-2000)

* ADMITTED IN NEW YORK & NEW JERSEY
** ADMITTED IN NEW YORK & MASSACHUSETTS

ORANGE COUNTY OFFICE:
30 MATTHEWS STREET
SUITE 303A
POST OFFICE BOX 216
GOSHEN, N.Y. 10924
(845) 294-4080
(845) 294-7673 (FAX)

REPLY TO:  ☐ ORANGE CO.
           ☐ ROCKLAND CO.

Respond to Post Office Box

January 11, 2008

Honorable Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**Via Facsimile (914) 390-4085 and mail**

Re:  United States v. Tarquin McClusky
     07 CR 678

Dear Judge Brieant:

I am writing to request a modification in bail conditions on behalf of our client, Tarquin McClusky, to allow him permission to travel to Vassar Brothers Hospital in Poughkeepsie on January 18, 2008 to be with his wife, who is having uterine polyps removed. I have spoken with Pretrial Officer Scott Kowal and Assistant United States Attorney Nola Heller who have no objections to this requested bail modification.

Thank you for your consideration in this matter.

Respectfully,

MICHAEL K. BURKE

MKB:la

So Ordered: *Application granted January 14, 2008*
            Charles Brieant
            USDJ

Cc:  Pretrial Services Officer Scott Kowal (Via Facsimile (914) 390-4035 and mail)
     Assistant U.S. Attorney Nola Heller (Via Facsimile (914) 993-1980 and mail)