1452 Route 9G
Hyde Park, N.Y., 12538
December 10, 2007

Honorable Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, N.Y., 10601

Dear Honorable Brieant:

My name is Cathleen McClusky and I am the wife of Tarquin McClusky. I have been married to Tarquin for twenty years. We were high school sweethearts-best friends for more than six years before we became married. I married him, and stay married to him for his love and commitment to our family. We have three children; a boy who just turned 18 years of age, a girl who is 16 years old, and a boy who will be twelve in February. As you can imagine, the whole experience of having their father involved with these legal proceeding has been very difficult for them. Their father has always been active in their lives. When they were young, Tarquin was the one who could rock and pat the children for hours on end when they were not feeling well. He loved being at home with his children and wished for the day in which he could stay home full time so that he could spend even more time raising them.

In the past, he would regularly bring our children to their various after school events such as Karate lessons and Girl Scouts. He is so proud of his children and greatly enjoys watching them participate in their various school and after school activities. At home we enjoy spending time together watching our favorite movies, playing board games or taking day trips.

My largest concern (as well as Tarquin's) is for our children. When Tarquin was first arrested, he was not allowed to live in our house, for approximately four months he was only allowed to see our children once per week, supervised for an hour. This was extremely difficult for our children as he had been so involved with their lives up to that point. Although the two older children understand what charges their father faces, all three of them find it unbearable to think of living without their father living at home with them. They are all at such impressionable ages, I really fear for what will happen to their mental health and sense of security if he were to be sent away.

Of course, I would dearly miss Tarquin as well. People who know us are quick to point out that I tend to be the more outspoken person between the two of us, however the truth is that he is my rock that I know will always be there to support me. Several years ago I returned to school in order to work on my Doctorate in Education. During the time of my study, he not only drove me to and from Boston for my classes, but also took the children

into Boston for activities. When I had to complete schoolwork at home, he always made sure that I had as much time as needed and encouraged me when I thought of quitting.

Approximately fifteen years ago I was diagnosed with depression and obsessive-compulsive disorder. It was a very difficult time for myself as well as the whole family. Throughout the years, Tarquin has put up a lot from me and has continued to support anything that I have wanted to do.

I hope that this letter has provided a more personal, in-depth insight into Tarquin and his family. I ask for leniency in his sentencing so that his children do not suffer from the loss of their father being in their lives.

Sincerely,

Cathleen McClusky