## FRANK J. LAZZARA  *Polygraph Services*

Member - American Polygraph Association

TEL  (516) 333-1761
CELL (516) 695-3298
FAX  (516) 333-1761
E-MAIL  FTB76@AOL.COM

## POLYGRAPH REPORT

**DATE OF REPORT:**        August 31, 2007

**DATE OF EXAMINATION:**   August 30, 2007

**EXAMINER:**              Frank J. Lazzara

**EXAMINEE:**              Tarquin McClusky

**EXAMINATION:** Tarquin McClosky has been charged in a federal criminal complaint with receiving, distributing and possessing child pornography. During the course of the investigation McClusky engaged in an on line chat with an undercover United States Postal Inspector, during which they related stories about sexually abusing their children. McClusky advised that the conversation was strictly a fantasy chat designed to cater to what he thought the other person wanted hear. Mr. McClusky stated that he has never engaged in any type of sexual activity with his children or any other child.

Tarquin McClusky was administered a polygraph examination which asked the following relevant questions:

A. Have you ever engaged in any type of sexual activity with any of your children?............................................................................................Ans.- No

B. In your entire adult life, have you ever engaged in any type of sexual activity with your children or any other child?........................................................Ans.- No

**EXAMINER'S CONCLUSION:** It is the examiner's conclusion that the recorded responses to the relevant questions are NOT indicative of deception.

*Frank J. Lazzara*
Frank J. Lazzara

FRANK J. LAZZARA     *Polygraph Services*
Member – The American Polygraph Association

TEL.  (516) 333-1761
CELL. (516) 695-3298
EMAIL FTB76@AOL.COM

**Frank J. Lazzara**
**Law Enforcement/Polygraph Experience**

**1970 - 1995** Federal Bureau of Investigation, Special Agent

During my tenure with the FBI, 12 years were spent conducting polygraph examinations of a criminal, national security and personnel nature.

**1979** - Completed the 15 week polygraph basic course in residence, Department of Defense Polygraph School, Fort McLellan, Alabama.

**1982** - Completed the FBI intermediate polygraph course, FBI Academy, Quantico, Virgina.

**1985** - Completed an advanced polygraph training course at the University of Virginia.

**1985 – PRESENT** – Attended and completed various seminars and workshops to maintain currency in the polygraph field.

**1995 - PRESENT** - Since my retirement from the FBI in 1995, I have conducted polygraph examinations in the private sector. Clients include attorneys, financial/commercial institutions, private individuals and investigative firms. For the past five years I have also been involved with Brooklyn Law School's Second Look Program by providing polygraph support and serving as a guest lecturer.

Member of the American Polygraph Association.