Paul J. Greicius
PO Box 1431
Pleasant Valley, NY 12569

December 2, 2007

Honorable Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   United States v. Tarquin McClusky
      07 CR 678 (CLB)

Dear Judge Brieant,

My name is Paul Greicius I am a marketing facilitator for the publishers of Hudson Valley and Westchester Magazines as well as a part time limousine driver. I am writing on behalf of Tarquin McClusky to request leniency in his sentencing. I met Tarquin in 1983 through mutual friends with a love of playing music. We both enjoyed playing music together and quickly became fast friends.

I was fortunate when one year later I found myself working with him as an entry level auto mechanic. He would consistently go out of his way to teach me skills, loan me tools, and help me learn the proper techniques of auto repair. I feel truly fortunate to have worked and learned from a man whose personal and professional dedication resulted in my early success in that profession.

Since then he and his family have been loved and trusted friends of mine for more than 24 years. In that time his friendship to me has been invaluable. In my times of need he has been there to aid and help me in any way possible. When I was quite poor and living alone he had me to his house for dinner many times. He treated me to outings and day trips. This may seem quite trivial on the surface, but this provided me with a great deal of emotional support at the time. Since then he has continued to be an emotional pillar to me in my times of need showing both kindness and compassion.

Tarquin is an honest, caring man and an extremely proud father. His family and friends are the most important thing in this world to him and he would do anything to ensure their safety and well-being. I consider Tarquin to be a person of outstanding morals and integrity and no matter what the outcome of this very terrible situation, I will be proud to have him as a very close friend. I hope you will consider what an asset he is to his friends and family and show leniency in your sentencing in this matter

Very truly yours,

*Paul Greicius*

Paul J. Greicius