Honorable Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Your Honor,

    My name is Mark Fiscaletti and I am employed by Meineke Car Care Center of Kingston, New York as General Manager. I am a veteran of the United States Air Force where I received Air Force Good Conduct Medal as well as Air Force High Achievement Medal. I am an active member of my local parish, where my daughter also attends school.

    I just wanted to state that since Tarquin has been under my supervision at Meineke, he has been my best employee. He always performs any job I give him with no complaints and approaches them with a great attitude. Furthermore, anytime Targuin must deal with the public he acts with high standards of integrity and honesty. Through conversations with Tarquin I have realized the dedication he has for his family and his church. He is always willing to help those that need help without expecting anything in return. I feel that God and his family are the most important things in his life.

    I am aware that Tarquin has pled guilty in his case and I know that his sentencing is upcoming. I only hope that this letter can help Tarquin in your decision as far as his sentence. He is a great guy and I wish him the best.

Sincerely,

*[signature]*