

The Honorable Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

December 11, 2007

Dear Judge Brieant:

I am writing to you on behalf of Tarquin McClusky, who is currently in my employment. My name is Joseph LaManna and I have been the owner and operator of Meineke Car Care Center in Kingston, New York, for nine years. I am also a regional council member of the Meineke Dealers Association, representing eight Meineke Car Care Centers in the region. I have held this position for the last three years, and my peers consider me a leader in the association. I am also a proud father of two daughters: Jennifer, a recent graduate of Fordham University's MBA program, and Lucy, a fourth-grade honor student.

Tarquin has been in my employment since May 2007 and has proved to be a valuable asset to our business. He is always punctual and stays late whenever possible to help out his co-workers. He is always polite and considerate in his demeanor and his work habits are exceptional. In today's automotive repair industry it is very difficult to find a person who exhibits these qualities day in and day out.

I have spoken to Tarquin on many occasions in regard to his family and home life, and he is clearly a loving, concerned, and committed husband and father. He is a leader in the Reformed Church in Hyde Park and has devoted many hours to helping others both within the church community and elsewhere. One charity Tarquin and his family participate in every year is Operation Christmas Child, an event that brings together folks from the community to gather food, toys, and clothing for children in impoverished countries. Tarquin has enrolled me and my daughter Lucy to help out this year.

Tarquin and I have had many non-work-related conversations, and I feel I have come to know him well. He has admitted to me in private that his involvement in this crime was a

huge mistake, a mistake that will not only effect him but also his wife and children in a very negative way. I know Tarquin is extremely ashamed of and sorry for the crime he has committed. I can hear it in his voice and see it in his eyes that he clearly realizes he has messed up. I also know that this criminal act is totally out of character for Tarquin.

This may sound a bit cliché, but we all make mistakes along the road of life. I feel that Tarquin should be given another chance to prove that he is the honest and honorable person I have come to know. And I say this not just because he works for me, but because I really believe in him. Thank you for considering these comments in support of him.

Respectfully yours,

Joseph LaManna
Owner
Meineke Car Care Center
716 Ulster Avenue
Kingston, New York 12401
845-339-4677