To: the Honorable Charles L. Brieant  
United States District Court  
Southern District of New York  
300 Quarropas Street  
White Plains, New York, 10601

December 1st, 2007

Re: United States v. Tarquin McClusky  
07 CR 678 ( CLB)

Dear Judge Brieant ,

I am a 66 year old attorney who for many years was the senior consultant in the business and estate planning marketing unit with the Mutual of New York Insurance Company ( which was acquired in 2005 by AXA-Equitable.) Since taking "semi-retirement " then , I continue to do private consulting from my Red Hook home , where my wife and I have lived for the last 8 years .

Since January 2006, I have been a member of the local chapter of Sexaholics Anonymous , a 12 step program patterned after Alcoholics Anonymous . I first met Tarq at our weekly 90 minute Monday evening meetings in Poughkeepsie which he joined in May 2007 . He has attended virtually every meeting since ; in my experience , many who start a 12 step program mean well , but often drop out attending regular meetings because of the necessity of being completely honest in working the 12 steps ..

Listening and watching a man weekly for nearly 7 months can reveal a lot ; I've seen Tarq's pride at being recognized at work for his mechanical expertise versus all the other employees. When he shares his feelings for his wife an (three) teenage children , I have often seen tears in his eyes and heard his voice cracking ….a display of emotion that is still unusual for most men ( in my experience ), even in today's cultural environment.

Many addicts, of whatever kind, never quite accept that they have a condition that they cannot solve with mere willpower ( or mere human intervention ) ; 12 step programs ( like AA ) have a good record of recovery because they are based on an addict's willingness to establish a spiritual relationship with God . I am convinced that Tarq has accepted this philosophy and I feel that he is well on the road to recovery.

I am aware that Tarq has pleaded guilty to the possession charge ; this letter is intended to respectfully request that you consider these factors in mitigation of whatever sentence you deem appropriate .

Thank you ,

*Stanfield Hill*

Stanfield Hill  
79 Torre Rock Road  
Red Hook, New York, 12571