To  The Honorable Charles L. Brieant
    United States District Court
    Southern District of New York
    300 Quarropas Street
    White Plains, New York 10601

    My Name is Todd Robinson. I am 43 years of age and I am a Truck Mechanic for Petro Inc. Located in Poughkeepsie NY. I also am a licensed security guard. I Work part time for the Bardavon opera house in Poughkeepsie and for the Ulster performing arts center in Kingston NY.

    I have known the defendant Tarquin McClusky since we were in the seventh grade. I don't think there is another friend of his that has known him as long or as well as I do. We have grown up together and have had many of life's first experiences together. Throughout the years we have also worked together. There is a special bond between Tarquin and I that has lasted many years. There is not much that goes on in his life that I don't know about, and in turn not much in mine that he dose not know. We have shared many secrets with each other and have always been there for one another in time of need. At one point in our lives we were in an automobile accident together. There were three of us in the car. I was in the back seat. We had slid off the road and flipped the car over in a swamp. The third person in the car got out and left me there. Tarquin stayed in the water and didn't leave until he was able to get me out to safety. Tarquin would never hesitate to run over to my house and help with repairs or to offer a shoulder to lean on in hard times. He is a standing member in a small church in Hyde Park and has made many friends there over the years. I have never meet anyone who ever had a discouraging word for Tarquin and I don't think I ever will. There are a few things that I know are top priority for him. His Friends and family are on top of the list. Tarquin is the most dedicated family man I have ever met. Nothing means more to him then his wife and kids. I know he would rather be with them then do anything else in the world. Everything he dose in life, he dose for them.

    It was a shock to everyone last year when we heard about what had happened to him. I was quick to offer up my house to him so he could have a place to live while this all got straightened out. I have never thought for one second that he is a criminal. It's my belief that he made a mistake. A very large mistake at that. This all said I just want to say that this man is like a brother to me. I have been accepted in his family, as he has been accepted in to mine. And no matter what happens. He is and will always be my best friend.

Your's truly,
Todd Robinson

*[signature: Todd Robinson]*