Honorable Charles Brisant

Dear Sir,

I'm writing in reference to my son Tarquin McClusky. Right now I'm not proud of that, what he did was very stupid. I know his computer viewing began at the time his wife received her doctorate degree. She had promised him, if she could get her degree, she would be able to support the family, and he could quit his job and go to college full time. After she finished, however, she changed her mind and he was hurt and frustrated. He never wanted to be a mechanic, so far he's spent most of his adult life fixing cars and trucks.

If Tarquin were interested in children I think some one in our family would have noticed. I have ten grandchildren and he's never shown an unusual ~~interest~~ interest in any one of them.

He was always a happy, friendly, and out going boy. One of his childhood friends was mildly retarded. He came to our house often and Tarquin always treated him as an equal. He cared enough to

invited us to their wedding and reception.

Tarquin is naive about people, he seems to believe everything everyone says. He lends his car, his tools, and a helping hand every time he's asked. Last spring he opened his home to a friend, gratis, because he had lost his apartment.

Tarquin's father died 18 years ago, and because he lives closer to me, then his sisters, he takes me for tests and surgery. He's spent more then one day in a hospital waiting room. I have a bad heart and COPD. My breathing is labored most of the time, but I work hard taking care of myself.

This is the most difficult letter I've ever had to write. My son is not a saint and he deserves punishment, but I can't help feeling he was talked into some of those pictures and that prison will harm more then help him. He's been a great father, his children are smart, articulate, and well behaved. He and his wife spend time with them at church and church activities, to museum movies for the Disney films even sheep shearing at the fair grounds.

Having raised this boy, I can truthfully say, he has been an asset to this community.

Sincerely
Honda A McClusky