Joseph Ladanyi
58 Mill Road Apt. 7C
Hyde Park, NY  12538
845-229-2643

Honorable Charles L. Brieant
United State District Court
Southern District of New York
300 Quarropas Street
White Plains, NY  10601

Re:  United States vs. Tarquin McClusky
07 CR 678 (CLB)

Dear Judge Brieant:

I have two daughters, ages 34 and 36, and five grandchildren.  My children are a very important part of my life, and I spend a lot of pleasant time with them.  I am a retired nuclear engineering inspector, having worked 37 years on the job.  My church, the Reformed Dutch Church of Hyde Park, is a big part of my life.  I was the Hyde Park Democratic Committee Chairman for four years, active in the PTA, and the Boy Scouts of America.

I have known Tarquin and his family for six years.  We have become church family friends, shared many meals together, and have worked on a number of church projects together.  Tarquin has always been a good father and husband, is very active in our church, and is well-liked by many members of our congregation.

I am aware of Tarquin's guilty plea.  Pastor Thom Fiet and I have spent many private hours with Tarquin, talking and praying together.  Tarquin has demonstrated much remorse over his actions and has shed <u>many, many</u> tears.  He is truly sorry for what he has done.  He has entered psychotherapy and a 12 Step Recovery Program to deal with his issues.  Because of his positive actions and remorse, his wife and children still love him very much.

I am a recovering alcoholic, now sober for 23 years, by the grace of God, and I am very active in a 12 Step Fellowship.  I have done years of therapy and for a brief time was an addictions counselor intern.  I have sponsored <u>many</u> people in a 12 Step Fellowship.

In my heart I know that Tarquin is working <u>very hard</u> to overcome his problems.  It is my most sincere hope that when you make your judgement you will take into consideration the many positive things that Tarquin has to his credit: his sincere remorse, his participating in a 12 Step Recovery Program and receiving psychotherapy, and the support of a solid, loving family and church community.

Thank you.

*Joseph Ladanyi*
3-12-08

Very Truly Yours,

Joseph Ladanyi