Dear Honorable Charles L. Brieant,

I am writing on behalf of Tarquin McClusky and I am aware that he has pleaded guilty.

My name is Sally Pardee, I am married and have 4 children. I have lived in Dutchess County, NY for 45 years and have work for a law firm for almost 26 years doing real estate transaction. I attend Regina Coeli Church and enjoy spending time with my family and friends.

I have known Tarquin for about 30 years. I met Tarquin through his wife, Cathy who has been my friend for 35 years. During this time Tarquin has been a good friend, husband and father.

My family and his family have spent many times together. We spend every New Years together and have a great time. This past New Years we did a soda tasting test. The soda brand was Jones and they have several strange flavors. We each would have a taste of each flavor and say if we liked the flavor or not. We all had a great time. We also like to play board games and have barbeques and watch movies together. Our families spend a lot of time together and we all get along so well.

Targuin is a very good friend. When we needed help removing asbestos shingles off our entire house, Tarquin came over and helped my husband remove them. He has also been very generous to my family. He has given a snow blower and a metal ladder.

Tarquin is very easy to talk to and has given me as well as my husband a lot of advise. For example he would tell us how to fix something on our car and house repairs. He is in the process of fixing up his house, which is an old farm house.

Targquin goes to the Dutch Reform Church and has been a Deacon and has helped in maintaining the church.

He is very loving and caring to his family and friends. He likes to take his family to Walt Disney World. For several years they would go to Walt Disney every year. Once my eldest son and I went to Disney with Tarquin, Cathy and Tarquin's sister, Brett. We had a great time. They also

had gone on the Walt Disney Cruise and I have heard wonderful stories from that trip. Each year they ask us to go with them, but we haven't made it yet.

      Please consider Tarquin and his family when you are preparing to give him your sentencing. His family and friends will miss him dearly and are asking you to be just in your sentencing.

      Thank you.

                                  Sincerely,

                                  *Sally Pardee*

                                  Sally Pardee