New York Daily News - http://www.nydailynews.com

# Molest sting's sad success

BY JIM FITZGERALD
THE ASSOCICATED PRESS
Tuesday, June 29th, 2004

The 100th arrest in Westchester County District Attorney Jeanine Pirro's 5-year-old Internet sting aimed at child molesters might have been cause for celebration yesterday.

But Pirro said she was disappointed that so many defendants are still falling into her net.

"It's disturbing, it's disappointing, it's worrisome," she told a news conference. "They know we're out there but they're determined. Sometimes they ask online, 'You don't work for Pirro, do you?'

"The pedophiles are willing to risk arrest to have sex with a minor."

The prosecutor said she is also distressed that so many of the defendants have been in positions where children trusted them - a priest, a prep school headmaster, a doctor, a coach, several teachers.

"We give them access to our children," Pirro said. "That's the most disturbing part of all of this."

In the sting operation, investigators from Pirro's office pose online as underage boys or girls and wait to be approached in Internet chat rooms, careful to avoid entrapment allegations.

Typically, an adult sends the "child" indecent material of some kind - a lascivious photo, a description of a sex act that interests him or her - thereby violating a 1996 law against sending indecent material to a minor.

To clinch the case, a sexual rendezvous is arranged between the "minor" and the adult, and the adult is arrested when he or she shows up.

"We have the meeting so there is no doubt of the defendant's intentions," Pirro said.

That's what is alleged in the 100th case. Jeffrey Kozlow, 42, of Manhattan, a real estate attorney, allegedly engaged in sexually explicit conversations with someone he thought was a 14-year-old boy.

He was arrested at an arranged meeting place and was charged Monday with trying to send indecent material to a minor.

Judges - and defense lawyers - have found the cases to be solid, and Pirro owns a 100% conviction rate: Of the 77 cases that have been disposed of, no defendant has been acquitted. Most plead guilty rather than go to trial, eager to put the infamy behind them.

Most of those convicted do not go to jail, however; of the 77, 55 have been sentenced to probation alone and others got "shock probation," which usually includes just a few weekends in jail.

The district attorney has won national attention with the sting operation, and her high-tech-crimes unit has made presentations to other prosecutors.

"It's not a difficult operation to implement," she said. "I'll tell you, I've learned that if I had the manpower, the number [of arrests] would be multiplied by 10."