## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing **Sentencing Memorandum** was served on July 25, 2008, in a sealed envelope, via First Class mail, addressed to the last known addresses of the addressees as indicated below:

Anna Skotko, Esq.
Assistant United States Attorney
United States Courthouse
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Emily P. Frankelis
Senior U.S. Probation Officer
United States Probation Office
Southern District of New York
233 Broadway
New York, New York 10279

MICHAEL K. BURKE, ESQ. (MB 7554)
Burke, Miele & Golden, LLP
30 Matthews Street, Suite 303A
Post Office Box 216
Goshen, New York 10924
(845) 294-4080